

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 6, 2021

**BY EMAIL**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: *United States v. Wayne Hicks*, 21 Mag. 9511

Dear Judge Davison:

  The Government respectfully requests that the Court unseal the Complaint in the above-referenced case now that the defendant has been arrested.

              Respectfully submitted,

              AUDREY STRAUSS
              United States Attorney

          By: /s/ Derek Wikstrom
             Derek Wikstrom
             Assistant United States Attorney
             Tel: (914) 993-1946

SO ORDERED:

_____
HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE
10/6/21