# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

| |
|---|
| USDC SDNY |
| Document |
| Electronically Filed |
| Doc # _____ |
| Date Filed:  February 9, 2022 |

United States District Court
Southern District of New York

---------------------------------------------------------X

United States of America,

     Plaintiff

  -against-

Wayne Hicks

     Defendant

---------------------------------------------------------X

**SCHEDULING ORDER**

7:21-mj-09511

TO ALL PARTIES:

The Court has scheduled a change of counsel hearing for 2/11/2022 at  2:30 pm     before Magistrate Judge Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

  Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  The questionnaire is located on the Court's website at https://nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

Dated:  2/9/2022
   White Plains, New York

        SO ORDERED:

        s/  PED
        _____

        PAUL E. DAVISON
        United States Magistrate Judge